# United States District Court
# Eastern District of California

Mercado Rosales, Jorge Geovanni

Plaintiff(s)

V.

Blanche, Todd et al.

Defendant(s)

Case Number: 1:26-cv-05214-EJD

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Sergio Garcia hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Jorge Geovanni Mercado Rosales

On 06/17/2026 (date), I was admitted to practice and presently in good standing in the State Bar of Utah (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Gabriel Ricardo Garcia Ruiz, Case no. 1:26-cv-04715 (A# 244-236-572)

Applied for on 6/18/2026 and granted.

Date: 07/07/2026 Signature of Applicant: /s/ Sergio Garcia

**Pro Hac Vice Attorney**

Applicant's Name: Sergio Garcia

Law Firm Name: Garcia Law, PLLC

Address: 10931 Beckstead Lane

City: South Jordan State: Utah Zip: 84095

Phone Number w/Area Code: (801) 900-3227

City and State of Residence: South Jordan, Utah

Primary E-mail Address: sergio@antorchalaw.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mariana L. Hanna

Law Firm Name: Law Offices of Mariana L. Hanna

Address: 402 West Broadway

Suite 1730

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: (619) 234-3635 Bar # 230127

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 2, 2026

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE